# Court of Appeals
# of the State of Georgia

ATLANTA,  November 14, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0555. IN RE: DAISHAUN LEE BURGESS, WARD.

In this guardianship case, the probate court appointed Octavia Burgess as the temporary guardian of minor grandchild, Daishaun Lee Burgess. After the minor child was removed from Octavia Burgess's custody and placed in the custody of the Department of Family and Children Services ("DFCS"),[1] the probate court entered an order transferring the guardianship case to the juvenile court in March 2022. Octavia Burgess subsequently filed a motion to set aside the transfer order pursuant to OCGA § 9-11-60 (d). The trial court denied Octavia Burgess's motion to set aside on March 20, 2023, and she filed her notice of appeal on April 21, 2023. We lack jurisdiction for two reasons.

First, an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must come by application for discretionary appeal. See OCGA § 5-6-35 (a) (8). Second, even if Octavia Burgess was entitled to a direct appeal from the denial of her motion to set aside, her notice of appeal is untimely. A notice of appeal must be filed within 30 days after entry of the appealable order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d

---

[1] Octavia Burgess appealed the juvenile court order finding the minor child was dependent and placing custody with DFCS. This Court affirmed the juvenile court's order. See Case No. A21A0515 (June, 24, 2021).

560) (2012). Octavia Burgess's notice of appeal was filed 32 days after entry of the order she seeks to appeal. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__11/14/2023_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*